IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FULL HOUSE RESORTS, INC. and**
**SILVER SLIPPER CASINO VENTURE, LLC**                                                     **PLAINTIFFS**

**v.**                                                         **CIVIL ACTION NO. 1:14-CV-223-KS-MTP**

**BOGGS & POOLE CONTRACTING GROUP, INC.**
**and RONALD LUSTIG**                                                                       **DEFENDANTS**

## JUDGMENT

For the reasons stated in the court's previous Memorandum Opinion and Order and in accordance with Rule 58, the Court enters this Final Judgment in favor of Defendants, Boggs & Poole Contracting Group, Inc., and Ronald Lustig. Plaintiffs' claims are dismissed with prejudice, and this case is closed.

SO ORDERED AND ADJUDGED this the 5th day of October, 2015.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE