IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FULL HOUSE RESORTS, INC. and**
**SILVER SLIPPER CASINO VENTURE, LLC**                                      **PLAINTIFFS**

**v.**                                                 **CIVIL ACTION NO. 1:14-CV-223-KS-MTP**

**BOGGS & POOLE CONTRACTING GROUP, INC.**
**and RONALD LUSTIG**                                                       **DEFENDANTS**

### ORDER

On July 28, 2017, Defendant Boggs & Poole Contracting Group, Inc., ("Movant") filed its Motion to Substitute Expert Witness [188] and requested expedited consideration because of the impending trial date. The Court finds expedited consideration to be appropriate and will give Plaintiffs until on or before **August 4, 2017**, to file a response to this motion. Movant will then be given until on or before **August 9, 2017**, to file any rebuttal.

SO ORDERED AND ADJUDGED this the ___31st___ day of July, 2017.

                                                 _____s/Keith Starrett_____
                                                 KEITH STARRETT
                                                 UNITED STATES DISTRICT JUDGE