**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**FULL HOUSE RESORTS, INC. and
SILVER SLIPPER CASINO VENTURE, LLC**            **PLAINTIFFS**

**v.**            **CIVIL ACTION NO. 1:14-CV-223-KS-MTP**

**BOGGS & POOLE CONTRACTING GROUP, INC.
and RONALD LUSTIG**            **DEFENDANTS**

## ORDER

On August 16, 2017, Defendant Boggs & Poole Contracting Groups, Inc. filed its Motions *In Limine* [193][195][197]. Plaintiffs have until on or before **August 23, 2017**, to file any responses.

Defendant has until on or before **August 30, 2017**, to file any rebuttals.

SO ORDERED AND ADJUDGED this the ___17th___ day of August, 2017.

           ___s/Keith Starrett_____
           KEITH STARRETT
           UNITED STATES DISTRICT JUDGE